J-S22014-15
J-S22015-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| IN RE: T.J., A MINOR | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| APPEAL OF: T.C., NATURAL MOTHER | No. 1724 WDA 2014 |

Appeal from the Order Entered October 1, 2014,
in the Court of Common Pleas of Butler County,
Civil Division, at No. D.P. 56 of 2012

| | |
|---|---|
| IN RE: T.J., ADOPTION OF T.J., A MINOR | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| APPEAL OF: T.C., NATURAL MOTHER | No. 1725 WDA 2014 |

Appeal from the Decree Entered September 30, 2014,
in the Court of Common Pleas of Butler County,
Civil Division, at No. D.P. 52 of 2013

| | |
|---|---|
| IN RE: T.J. | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| APPEAL OF: T.J. | No. 1893 WDA 2014 |

Appeal from the Decree September 30, 2014,
in the Court of Common Pleas of Butler County,
Civil Division, at No. D.P. 52 of 2014

BEFORE:  PANELLA, J., LAZARUS, J., and STRASSBURGER, J.*

CONCURRING STATEMENT BY STRASSBURGER, J.:    **FILED: JUNE 9, 2015**

I join the Majority in its analysis of the merits of these cases.  I would

not find waiver under the circumstances present here.

---

* Retired Senior Judge specially assigned to the Superior Court.